UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:09-cr-376-RCJ-RJJ |
| vs. | ) | |
| IGNACIO GOMEZ-SANCHEZ, *et al.*, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the undersigned Magistrate Judge on the Second Proposed Scheduling Order (#36).

The Court having reviewed the Second Proposed Scheduling Order (#36) finds that it refers to dates that have NOT been previously adopted by the Court and further, finds it has not been signed by the filing party. Based on the foregoing and good cause appearing therefore,

IT IS HEREBY ORDERED that the Second Proposed Scheduling Order (#36) is DENIED WITHOUT PREJUDICE.

DATED this   20   day of July, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge